THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 
 
 

   v.

 
 
 
 
 Karla T.,
 Stefan G., and John Doe, Defendants,
 
 Of Whom Stefan
 G. is the Appellant.
 
 In the interest of J.G. and K.G., two minor children under the age
 of 18.
 
 
 

Appeal From Lexington County
Deborah Neese, Family Court Judge

Unpublished Opinion No. 2010-UP-095
 Submitted February 1, 2010  Filed
February 4, 2010   

AFFIRMED

 
 
 
 Robert J. Barham and J. Todd Kincannon, of
 Columbia, for Appellant.
 Montford S. Caughman and Rose M. McGregor,
 of Lexington, for Respondent.
 David Gaffney, of Columbia, for Guardian
 Ad Litem. 
 
 
 

PER CURIAM: Stefan G. appeals from the family court's final order terminating his parental
 rights to his minor children.  S.C.
 Code Ann. § 63-7-2570 (2009).  Upon a thorough review of the record and the
 family court's findings of fact and conclusions of law, pursuant to Ex Parte
 Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues
 warrant briefing.  Accordingly, we affirm the family court's ruling and grant
 counsel's petition to be relieved. 
AFFIRMED.[1]
WILLIAMS,
 KONDUROS, JJ., and CURETON, A.J., concur.   

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.